**Order entered March 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00636-CR

**MILLAGE, CEDRIC DERRELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80247-07**

## ORDER

Before the Court is appellant's "motion requesting copy of oral argument." The motion is **DENIED**.

In his motion, appellant also asks the Court to provide him with specific pages from the clerk's record. The Court does not provide parties with select pages from the clerk's record. If appellant desires to obtain a copy of the entire clerk's record, he may send a letter to Lisa Matz, Clerk of the Court, 600 Commerce Street, Second Floor, Dallas, Texas 75202. The clerk's record is available for purchase at a cost of $0.10 per page.

/s/ CRAIG STODDART
   JUSTICE